## Florence Wagner, Appellee, v. Frank Wagner, Appellant.

### Gen. No. 44,136.

opinion filed November 3, 1947; released for publication November 18, 1947. Joseph C. Kanak and Harvey L. Cavender, for appellant; David C. Ruttenberg and Marvin H. Ruttenberg, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.